UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

GALEN LEE BURNS,

    Petitioner,

v.                                  Civil No.: 08-14-TC

STATE OF OREGON,

    Respondent.

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on February 20, 2008, to file an application to proceed in forma pauperis and an amended petition on the appropriate form within 30 days of this court's order. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: March 25, 2008.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION